## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,              )       Case No. 1:17-cr-00034-BLW
                                )
v.                              )       **REPORT AND**
                                )       **RECOMMENDATION**
DEVIN ARTHUR SEARCY             )
                                )
    Defendant.              )
_____ )

On May 8, 2017, Defendant appeared before the undersigned United States
Magistrate Judge to enter a change of plea pursuant to a written plea agreement.
Defendant executed a written waiver of the right to have the presiding United States
District Judge take his change of plea. Thereafter, the Court explained to Defendant the
nature of the charges, the maximum penalties applicable, his constitutional rights, the
effect of the Sentencing Guidelines, and that the District Judge would not be bound by
any agreement of the parties as to the penalty to be imposed. Further, the undersigned
ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant
and his counsel, and counsel for the United States, the Court concludes that there is a
factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with
full knowledge of the consequences, and that the plea should be accepted. The
undersigned also ordered a pre-sentence investigation to be conducted and a report
prepared by the United States Probation Office.

**REPORT AND RECOMMENDATION - 1**

# RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1. The District Court accept Defendant's plea of guilty to Count One of the Indictment (Docket No. 1).

2. The District Court **GRANT,** at the appropriate time, the United States' motion to dismiss Count Two, Four, Six and Seven of the Indictment as to Defendant.

3. The District Court order forfeiture consistent with Defendant's admission to the Criminal Forfeiture allegation in the Indictment (Docket No. 1) and detailed at pages 5-8 of the Plea Agreement (Docket No. 23).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: **May 8, 2017**

Honorable Ronald E. Bush
Chief U. S. Magistrate Judge